AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMIL LLOYD,

    Petitioner,

                  **v.**

WARDEN-FCI JESUP,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-122

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 9, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed, and Petitioner is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

_Febuay  13, 2024_
Date

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020